NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD D. BOND,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7096

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-89, Chief Judge William P. Greene, Jr.

---

**ON MOTION**

---

**ORDER**

Richard D. Bond moves for a 45-day extension of time, until January 13, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>NOV 2 9 2010</u>                          <u>/s/ Jan Horbaly</u>
Date                                 Jan Horbaly
                                     Clerk

cc:  Kenneth M. Carpenter, Esq.
     Lauren A. Weeman, Esq.

s21
                                           **FILED**
                               **U.S. COURT OF APPEALS FOR**
                                   **THE FEDERAL CIRCUIT**

                                      NOV 2 9 2010

                                       **JAN HORBALY**
                                          **CLERK**